# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Binbek v. DoorDash, Inc.

Case Number: 22-cv-03729

An appearance is hereby filed by the undersigned as attorney for:
DoorDash, Inc.

Attorney name (type or print): David S. Almeida

Firm: Benesch, Friedlander, Coplan & Aronoff LLP

Street address: 71 South Wacker Drive, Suite 1600

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6285557
(See item 3 in instructions)

Telephone Number: 312-212-4954

Email Address: dalmeida@beneschlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/3/2022

Attorney signature: S/ David S. Almeida

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015