**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ASHA BINBEK, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DOORDASH, INC.,<br><br>　　　　　　Defendant. | Case No. 1: 22-cv-03729<br><br>Hon. Judge Steven C. Seeger<br><br>Hon. Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Asha Binbek ("Plaintiff") hereby voluntarily dismisses this action, in its entirety, against Defendant DoorDash, Inc. with prejudice. Accordingly, Plaintiff requests, authorizes, and directs the Clerk of the Court to dismiss the action with prejudice.

　　　　　　　　　　　　　　　　　　Plaintiff ASHA BINBEK, individually, and on behalf of all others similarly situated,

　　　　　　　　　　　　　　　　　　By:　/s/ Thomas A. Zimmerman, Jr.
　　　　　　　　　　　　　　　　　　　　Thomas A. Zimmerman, Jr.
　　　　　　　　　　　　　　　　　　　　*tom@attorneyzim.com*
　　　　　　　　　　　　　　　　　　　　ZIMMERMAN LAW OFFICES, P.C.
　　　　　　　　　　　　　　　　　　　　77 W. Washington Street, Suite 1220
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　(312) 440-0020 telephone
　　　　　　　　　　　　　　　　　　　　(312) 440-4180 facsimile
　　　　　　　　　　　　　　　　　　　　www.attorneyzim.com

　　　　　　　　　　　　　　　　　　Counsel for Plaintiff